

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of L.J.P., a child,　　　　　* From the 318th District
　　　　　　　　　　　　　　　　　　　　Court of Midland County,
　　　　　　　　　　　　　　　　　　　　Trial Court No. FM 55,417.

No. 11-13-00301-CV　　　　　　　　　* April 3, 2014

　　　　　　　　　　　　　　　　　　　　* Memorandum Opinion by Bailey, J.
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　Willson, J., and Bailey, J.)


　　　　This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.